**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD DEDITCH** | ) | **CASE NO: 1:24-cv-01488-JPC** |
| | ) | |
| Plaintiff | ) | **JUDGE J. PHILLIP CALABRESE** |
| v. | ) | |
| | ) | |
| **UBER TECHNOLOGIES, INC., et al.** | ) | **DEFENDANT LYFT, INC.'S NOTICE** |
| | ) | **OF WITHDRAWAL OF MOTION TO** |
| **Defendants** | ) | **DISMISS** |

Defendant Lyft, Inc., by and through undersigned counsel, hereby gives notice of the withdrawal of its Motion to Dismiss (ECF Doc #: 9) filed on September 6, 2024. Defendant respectfully submits that the certification to the Ohio Supreme Court on July 22, 2025 is thereby moot.

        Respectfully submitted,

        /s/ Kristin L. Wedell
        **KRISTIN L. WEDELL (0072500)**
        Dickie, McCamey & Chilcote, P.C.
        600 Superior Avenue East
        Fifth Third Center, Suite 2330
        Cleveland, Ohio 44114
        216.685.1827 – Telephone
        888.811.7144 - Facsimile
        kwedell@dmclaw.com
        **Attorney for Defendant
        Lyft, Inc.**

**CERTIFICATE OF SERVICE**

Defendant Lyft, Inc.'s Notice of Withdrawal of Motion to Dismiss has been filed on November 7, 2025, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/ Kristin L. Wedell
**KRISTIN L. WEDELL (0072500)**
**Attorney for Defendant**
**Lyft, Inc.**